EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER LEE TARN, CBSN 240609
Special Assistant United States Attorney
Social Security Administration
1600 Spear Street, 8th Floor
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-mail:  Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ROBIN ALERICH,

     Plaintiff,

   vs.

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:14-cv-02361-KK

**[PROPOSED] JUDGMENT OF REMAND**

     The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: July 20, 2015

_____
HONONRABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

1